374 A.2d 732

Webber v. Day, Appellant.

Argued March 23, 1977. William D. Murphy, with him Lawrence Sager, for appellant; No appearance entered nor brief submitted for appellee.

Appeal quashed.